UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANDREW DAVID WETZEL (#539179)

VERSUS

DEPARTMENT OF PUBLIC SAFETY
AND CORRECTIONS

CIVIL ACTION

NUMBER 11-220-BAJ-CN

## RULING

The Court has carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation (doc. 6) of United States Magistrate Christine Noland dated May 9, 2011, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, plaintiff's Complaint is dismissed, without prejudice, for failure to pay the Court's filing fee.

Baton Rouge, Louisiana, June 22, 2011.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA